UNITED STATES of America, Appellant, v. George KEDLER, Trustee of The Owl Drug Company, Bankrupt, Appellee.

No. 8680.

Circuit Court of Appeals, Ninth Circuit.

Nov. 12, 1937.

E. P. Carville, U. S. Atty., of Reno, Nev.

Thatcher & Woodburn, of Reno, Nev., for appellee.

Before WILBUR, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, that a decree of dismissal be filed and entered accordingly, and mandate issue forthwith.

UNITED STATES of America v. D. W. HOOPER, Guardian.

No. 1646.

Circuit Court of Appeals, Tenth Circuit.

Nov. 29, 1937.

Summerfield S. Alexander, U. S. Atty., of Topeka, Kan.

Doran, Kline, Cosgrove, Jeffrey & Russell, of Topeka, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed November 29, 1937, on motion of appellant.

UNITED STATES of America, as Owner of THE M/S CITY OF DALHART, Libelant-Appellant, v. Steamtug THE M. MORAN, Moran Towing & Transportation Company, Claimant-Appellee, and The City of New York, Respondent-Appellee.

The CITY OF NEW YORK, Owner of The Dumper Scows No. 302 and No. 305, Cross-Libelant-Appellee, v. UNITED STATES of America, Cross-Respondent-Appellant, and Steamtug THE M. MORAN, Moran Towing & Transportation Company, Cross-Claimant-Appellee.

Nos. 21, 22.

Circuit Court of Appeals, Second Circuit.

Nov. 1, 1937.

Macklin, Brown, Lenahan & Speer, of New York City (Richard F. Lenahan and Horace L. Cheyney, both of New York City, of counsel), for appellee, claimant of the M. Moran.

Paul Windels, Corp. Counsel, of New York City (P. Fearson Shortridge, of New York City, of counsel), for City of New York.

Lamar Hardy, U. S. Atty., of New York City (Charles E. Wythe, Sp. Asst., of New York City, of counsel), for the United States.

Before MANTON, SWAN and CHASE, Circuit Judges.

PER CURIAM.

Decrees affirmed.